IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Christopher and Linda Bickers,**

**Plaintiff,**

v.

**LJS MANUFACTURING, INC., d/b/a Luhr Jensen & Sons, Inc., An Oregon Corporation,**

**Defendant.**                                                       No. 10-604-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a Notice of Voluntary Dismissal (Doc. 11). Specifically, Plaintiff seeks to dismiss its claims against LJS Manufacturing, Inc. pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** as Plaintiff has been unable to effectuate service on Defendant as it does not have Defendant's proper address. Accordingly, the Court **ACKNOWLEDGES** the Notice of Voluntary Dismissal and **DISMISSES without prejudice** Plaintiff's claims against Defendant. The Court shall close the case.

**IT IS SO ORDERED.**

Signed this 3rd day of January, 2011.

David R. Herndon
2011.01.03
15:54:26 -06'00'

**Chief Judge**
**United States District Court**